**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCY MONTOYA SALAS,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | NO. CV 18-10414-JVS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: October 15, 2019.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE